# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

JOHN DUVALL, Register No. 444618

v.

LARRY CRAWFORD, et al

Case Number: 05-4170-CV-C-NKL

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

that the Magistrate Judge's February 28, 2006, Report and Recommendation is adopted. It is further

Ordered that defendants' motion to dismiss is granted and plaintiff's complaint is dismissed, pursuant to 42 U.S.C. § 1997e. It is further

Ordered that plaintiff's claim of denial of access to courts is dismissed, with prejudice, for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915. It is further

Ordered that plaintiff's remaining claims of denial of medical care and retaliation against all defendants are dismissed, without prejudice, for failure to exhaust administrative remedies, pursuant to 42 U.S.C. § 1997e.

*ENTERED ON:*

*Patricia L. Brune*
*July 5, 2006*                *Clerk*
*Date*

*/s/ L. Bax*

*(By) Deputy Clerk*